THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* THE GERMAN BANK, Defendant.

ALFRED G. HAUENSTEIN et al., Individually and as Trustees for MARY E. HURD, Appellants; ALBERT J. WHEELER, as Receiver of THE GERMAN BANK, Respondent.

*People* v. *German Bank,* 116 App. Div. 687, affirmed.
(Argued March 30, 1908; decided April 14, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1907, which affirmed an order of Special Term denying a petition that a certain deposit in the German Bank be set off against a certain promissory note.

*Adelbert Moot, George S. Potter* and *Helen Z. M. Rodgers* for appellants.

*Charles Diebold, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: HAIGHT, J.